FILED CHAMBERS COPY

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 26 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LOCAL 803 HEALTH AND WELFARE FUND, and LOCAL 803 PENSION FUND, by BILLIE LEE HAGNER as Trustee,

Plaintiffs,

-against-

SAINT VINCENT CATHOLIC MEDICAL CENTERS,

Defendant.

Case No. 07 CV 1998 (ERK)(JO)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that this action is hereby dismissed without prejudice to refilling notwithstanding any otherwise applicable statute of limitations related to the claims asserted by the plaintiffs here, provided that any such claim is filed within one year from the date on which this stipulation is "so ordered."

Dated:  New York, New York
        March 21, 2008

By: s/_____
        Stephen H. Kahn (SK-7780)

KAHN OPTON, LLP
*Attorney for Plaintiffs*
228 East 45th Street, 17th Floor
New York, New York 10017
Telephone: (212) 966-8686

By: s/_____
        Joshua R. Weiss (JW-9959)

CADWALADER, WICKERSHAM & TAFT LLP
*Attorneys for Defendant*
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000

SO ORDERED, this 21 day of March, 2008

s/Edward R. Korman_____

United States District Court Judge

USActive 12344536.1